**SO ORDERED.**
**SIGNED this 14th day of August, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re<br><br>    MICHAEL SCOTT CARMICHEL<br><br>        -and-<br><br>    GUARDIAN ENTERPRISES OF ALABAMA, LLC,<br><br>              Debtors. | No. 18-50024 MPP<br>Chapter 11<br>Jointly Administered |
| CYNTHIA ELLSWORTH and<br>EMS UNIVERSAL ID, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL SCOTT CARMICHAEL,<br><br>    Defendant. | Adv. Pro. No. 18-5010 MPP |

# **O R D E R**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, as incorporated by Rule 7016 of the Federal Rules of Bankruptcy Procedure, the court directs the following:

1. A scheduling conference will be held in this adversary proceeding on August 28, 2018, at 9:00 a.m., in the bankruptcy courtroom, James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee for the purpose of preparing a scheduling order. This scheduling conference may be conducted telephonically if counsel for the parties so agree. In that event, at least three days prior to the conference, counsel shall (a) contact the bankruptcy judge's staff to obtain an alternative date and time for the rescheduling of the conference to be conducted telephonically; and (b) submit an agreed order duly rescheduling the telephonic conference along with a motion for entry thereof. During the conference, the court will set dates for completing discovery, filing dispositive motions, submitting a joint pretrial statement, filing pretrial briefs, and the trial of this matter.

2. In accordance with Rule 26(f) of the Federal Rules of Civil Procedure, as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, as soon as practicable and in any event at least seven days before the scheduling conference, counsel for the parties shall meet to discuss the nature and basis of the parties' claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), and to develop a proposed discovery plan. The plan shall indicate the parties' views and proposals concerning the matters set forth in Fed. R. Civ. P. 26(f)(1)-(4).

3. At least two days prior to the scheduling conference, counsel for the parties shall file with the court a written report outlining the plan that is required by Fed. R. Civ. P. 26(f). Although both counsel are jointly responsible for arranging and being present at the Fed. R. Civ. P. 26(f) meeting, for attempting in good faith to agree to the proposed discovery plan, and for submitting to the court a written report outlining the plan, plaintiffs' counsel shall have the primary responsibility for initially contacting defendant's counsel upon receipt of this order to schedule the meeting. The Fed. R. Civ. P. 26(f) meeting may be conducted by telephone.

# # #